**Opinion issued February 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00012-CV

————————————

## IN RE EDWARD R. NEWSOME, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Edward R. Newsome, seeks relief from this Court by petition for writ of mandamus.* Relator does not name a respondent, identify a specific action of the trial court from which he seeks relief, state any facts pertinent to the issues or points presented, or present any argument concerning why he is entitled to

---

[1] The underlying case is *Newsome v. Walgreen Drug Store,* No.1995-25994 in the 189th District Court of Harris County, Texas, the Honorable Bill Burke presiding.

mandamus relief. *See* TEX. R. APP. P. 52.3 (stating required contents of petition for writ of mandamus).

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.